**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUIS TECZON-MARIN and FEDERAL DEFENDERS OF SAN DIEGO, INC.,<br><br>Petitioners,<br><br>v.<br><br>MITCHELL D. DEMBIN, UNITED STATES MAGISTRATE JUDGE,<br><br>Respondent;<br><br>and<br><br>UNITED STATES,<br>Real party in interest. | CASE NO. 20-CV-1493-LAB<br><br>**ORDER DENYING MOTIONS AS MOOT AND CLOSING CASE [Dkt. 5, 7]** |

Petitioner Jose Teczon-Marin's filed a Petition for a Writ of Mandamus seeking an order directing that, at the conclusion of his criminal trial, he could not be detained in transit from the courthouse. He moved, too, for an order staying his trial pending resolution of the Petition, (Dkt. 5), and for a hearing on the Petition. (Dkt. 7).

The Court dismissed the Petition on August 10, 2020, leaving those

two motions pending. (Dkt. 8.) Teczon appealed that order and moved the Ninth Circuit Court of Appeals for a stay of trial. After that Court declined to issue a stay, Teczon's trial proceeded to its conclusion. The Ninth Circuit, on Teczon's motion, dismissed Teczon's appeal as moot.

His motions pending before this Court are moot, too. Accordingly, Teczon's Motion to Stay a trial that has now concluded, (Dkt. 5), and his Motion for Hearing on a Petition that has been dismissed, (Dkt. 7), are **DENIED AS MOOT**. The Clerk is directed to close the case.

Dated: January 25, 2021

Hon. Larry Alan Burns
United States District Judge